AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ADNAN AWADALLAH, <br><br> *Plaintiff(s)* <br> v. <br><br> THE WESTERN UNION CORPORATION and FIRST DATA CORPORATION, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 14-CV-3493 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Western Union Company     First Data Corporation
                                       12500 East Belford Avenue     5565 Glenridge Connector, NE
                                       Englewood, Colorado 80112     Atlanta, Georgia 30342

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Law Office of John F. Schutty, P.C.
445 Park Avenue, 9th Floor
New York, NY 10022
(212) 836-4796

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date:    6/3/2014                                              s/Priscilla Bowens
                                                               *Signature of Clerk or Deputy Clerk*