UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ADNAN AWADALLAH,

                    *Plaintiff,*     :     1:14-cv-03493-RRM-VMS

        -against-

                                        *Filed and Served Via CM/ECF*

THE WESTERN UNION CORPORATION
and FIRST DATA CORPORATION,

                                        **Notice of Appearance of Counsel**
              *Defendants*.     :     **for Defendant First Data Corporation**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       PLEASE TAKE NOTICE that Robert D. Owen, member of the firm of SUTHERLAND ASBILL & BRENNAN LLP, hereby appears as counsel for defendant First Data Corporation in the above-captioned action.

                                     Respectfully,

                                     Sutherland Asbill & Brennan LLP

                                     By:  *s/ Robert D. Owen*
                                        Robert D. Owen (RO2568)
                                   The Grace Building
                                   1114 Avenue of the Americas, 40th Floor
                                   New York, New York 10036
                                   212.389.5000
                                   robert.owen@sutherland.com
                                   *Attorneys for Defendant*
                                   *First Data Corporation*

24246857.1