UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| ADNAN AWADALLAH, | : | |
| | : | |
| Plaintiff, | : | 1:14-cv-03493-RRM-VMS |
| | : | |
| -against- | : | |
| | : | *Filed and Served Via CM/ECF* |
| THE WESTERN UNION CORPORATION | : | |
| and FIRST DATA CORPORATION, | : | |
| | : | **Notice of Appearance of Counsel** |
| Defendants. | : | **for Defendant First Data Corporation** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    PLEASE TAKE NOTICE that Travis J. Mock, associated with the firm of SUTHERLAND ASBILL & BRENNAN LLP, hereby appears as counsel for defendant First Data Corporation in the above-captioned action.

Respectfully,

SUTHERLAND ASBILL & BRENNAN LLP

BY:  *s/ Travis J. Mock*
     Travis J. Mock (TM2414)
The Grace Building
1114 Avenue of the Americas, 40th Floor
New York, New York  10036
Tel: 212.389.5000
Email: travis.mock@sutherland.com
*Attorneys for Defendant*
*First Data Corporation*

24246895.1