UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ADNAN AWADALLAH,

              Plaintiff,

-against-

THE WESTERN UNION CORPORATION and FIRST DATA CORPORATION,

              Defendants.

Case No.: 1:14-cv-3493(RRM)(VMS)

*Document Electronically Filed*

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned firm hereby appears in this action as attorneys for defendant The Western Union Company, improperly plead as The Western Union Corporation.

Dated: July 3, 2014

                                  Andrew P. Fishkin (AF7571)
                                  David N. Cohen (DC4287)
                                  FISHKIN LUCKS LLP
                                  One Riverfront Plaza, Suite 220
                                  Newark, NJ 07102
                                  Telephone: (973) 536-2800
                                  Facsimile: (973) 679-4435
                                  afishkin@FishkinLucks.com
                                  dcohen@FishkinLucks.com

                                  *Attorneys for Defendant*
                                  *The Western Union Company*

00027245.1