UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK     Attorney: JOHN F. SCHUTTY, P.C.

---

ADNAN AWADALLAH

                                        Plaintiff(s)

                - against -         Index # 14-CV-3493

THE WESTERN UNION CORPORATION, ETANO         Purchased June 3, 2014

                                        Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 9, 2014 at 01:35 PM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS AND COMPLAINT WITH EXHIBITS on FIRST DATA CORPORATION therein named,

**SECRETARY OF STATE**   a Foreign corporation by delivering two true copies to CANDACE WATSON, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 306 of the Business Corporation Law and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 35 | 5'3 | 135 |

Sworn to me on: June 11, 2014

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6176241
Qualified in New York County
Commission Expires November 26, 2015

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2015

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2015

**STEVEN C. AVERY**

Invoice #: 602224

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045