UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorney: JOHN F. SCHUTTY, P.C.

---

ADNAN AWADALLAH

                                              Plaintiff(s)
                                                                    Index # 14-CV-3493
                    - against -

                                                                    Purchased June 3, 2014

THE WESTERN UNION CORPORATION, ETANO

                                              Defendant(s)
                                                                    **AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 9, 2014 at 01:35 PM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS AND COMPLAINT WITH EXHIBITS on THE WESTERN UNION CORPORATION therein named,

**SECRETARY**  a Foreign corporation by delivering thereat one true copy to CANDACE WATSON, LEGAL CLERK personally,
**OF STATE**   deponent knew said corporation so served to be the corporation described in said summons as said Defendant
               and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 307 of the Business Corporation Law and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 35 | 5'3 | 135 |

Sworn to me on:  June 11, 2014

JOSEPH KNIGHT              RALPH MULLEN                    VINETTA BREWER
Notary Public, State of New York    Notary Public, State of New York    Notary Public, State of New York    **STEVEN C. AVERY**
No. 01KN6178241           No. 01MU6238632                 No. 4949206
Qualified In New York County    Qualified in New York County    Qualified in Bronx County
Commission Expires November 26, 2015  Commission Expires April 11,2015  Commission Expires April 3, 2015    Invoice #: 602223

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728  NYCDCA#1102045

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK     Attorney: JOHN F. SCHUTTY, P.C.

---

ADNAN AWADALLAH

                                                Plaintiff(s)

                        - against -

                                        Index # 14-CV-3493

THE WESTERN UNION CORPORATION, ETANO

                                        Purchased June 3, 2014

                                      Defendant(s)    Mail Date June 24, 2014

                                                  **AFFIDAVIT OF MAILING**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 24, 2014 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS AND COMPLAINT WITH EXHIBITS to THE WESTERN UNION CORPORATION at

12500 EAST BELFORD AVENUE
ENGLEWOOD, CO 80112

Copy was mailed REGISTERED MAIL-RETURN RECEIPT REQUESTED, RECEIPT #RE 969 594 507 and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Also mailed a notice that the N. Y. Secretary of State was served with the legal documents herein described and tendered the statutory fee.

Sworn to me on: June 24, 2014

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2015

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified In New York County
Commission Expires April 11, 2015

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2015

**ANDERSON CHAN**
License #: 1220482
Invoice #: 602223

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728  NYCDCA#1102045