UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADNAN AWADALLAH,<br><br>                    Plaintiff,<br>     -against-<br><br>THE WESTERN UNION CORPORATION and FIRST DATA CORPORATION<br><br>                    Defendants. | Case No.: 1:14-cv-3493(RRM)(VMS)<br><br>*Document Electronically Filed* |

# NOTICE OF APPEARANCE

Please enter the appearance of David N. Cohen of Fishkin Lucks LLP, as counsel for defendant The Western Union Company, improperly pled as The Western Union Corporation, in the above-captioned matter.  Mr. Cohen certifies that he is admitted to practice before this Court.

Dated: July 10, 2014

                                           /s/ *David N. Cohen*
                                          David N. Cohen (DC4287)
                                          FISHKIN LUCKS LLP
                                          One Riverfront Plaza, Suite 220
                                          Newark, NJ 07102
                                          Telephone: (973) 536-2800
                                          Facsimile: (973) 679-4435
                                          dcohen@FishkinLucks.com

                                          *Attorneys for Defendant*
                                          *The Western Union Company*