UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ADNAN AWADALLAH, | : |
|                    *Plaintiff*, | :   No. 14-CV-3493 (RRM) (VMS) |
|       – against – | :   **NOTICE OF LIMITED APPEARANCE** |
| THE WESTERN UNION COMPANY, FIRST DATA CORPORATION, DAVID L. SCHLAPBACH, ROBERT GEORGE DEGEN, and KIM CATHERINE HEAVEY, | : |
|                    *Defendants*. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of defendant Kim Catherine Heavey.  This appearance is only for the limited purpose of contesting jurisdiction and is not a concession that the Court has *in personam* jurisdiction over defendant Heavey.

Dated: New York, New York
        September 5, 2014

SUTHERLAND ASBILL & BRENNAN LLP

By: /s/ Robert D. Owen
      Robert D. Owen (RO 2568)

The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, New York 10036
(212) 389-5000

*Attorneys for Defendants First Data Corporation and Kim Catherine Heavey*

1